FILED

08/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0477

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0477

CITY OF BOZEMAN,

       Plaintiff and Appellee,

Vs.

TAMMY JANE SMITH,

       Defendant and Appellant.

## ORDER OF EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 8, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2020